THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
ADOLPH EICHHORN et al., Respondents.

(Argued October 3, 1932; decided October 18, 1932.)

*Henry V. Stebbins, District Attorney (Sydney A. Syme*
of counsel), for appellant.

*Mortimer B. Patterson, Thomas Gagan* and *Frank
Comesky* for respondents.

Order affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG,
O'BRIEN, HUBBS and CROUCH, JJ.